```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                       Case No. 14-03237-RNO
Ricky E. Witmer                                              Chapter 7
Pamela J. Witmer
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0314-1        User: MMchugh                 Page 1 of 2            Date Rcvd: Jul 15, 2016
                            Form ID: 309A                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db/jdb         +Ricky E. Witmer,    Pamela J. Witmer,    1014 Orchard Drive,    Chambersburg, PA 17201-3832
aty            +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +John P Neblett (Trustee),    PO Box 490,    Reedsville, PA 17084-0490
cr            #+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
4517668        +Chambersburg Imaging Associates,    25 Penncraft Ave,    Chambersburg, PA 17201-1649
4517670        +Donald L. Kornfield, Esq.,    100 Walnut Street,    Waynesboro, PA 17268-1646
4517671         F&M Trust,    PO Box T,    Chambersburg, PA 17201
4517672         Franklin County Area Tax Bureau,    443 Stanley Avenue,    Chamberrsburg, PA 17201-3600
4517674        +Johnnie's Restaurant & Hotel Servic,    2406 Molly Pitcher Highway South,
                 Chambersburg, PA 17202-9291
4517662        +Julie Gray Dorsett Attorney At Law,    39 North Second Street,    Chambersburg, PA 17201-1819
4517675        +Kenneth & Linda Brooks,    1125 Walker Road,    Chambersburg, PA 17202-9702
4517676        +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
4517677        +Orthopaedic Associates,    1035 Wayne Avenue,    Chambersburg, PA 17201-2942
4517678         PA UC Fund,    Dept Of L&I,    651 Boas Street,    Harrisburg, PA  17121-0750
4517679         Pennsylvania Department Of Revenue,    1 Revenue Place,    Harrisburg, PA  17129-0001
4807873         Pennsylvania Dept of L&I,    651 Boas Street,    Harrisburg, PA  17121-0750
4517681        #+RWR Construction,    2312 Philadelphia Ave,    Chambersburg, PA 17201-8933
4517680        +Rickart Collections Systems, Inc.,    575 Milltown,    North Brunswick, NJ 08902-3336
4807872         Robert E. Sheep, MD,    120 N Seventh St, Suite 206,    Chambersburg, PA  17201-1795
4517682        +Summit Anesthesiology,    112 North Seventh Street,    Chambersburg, PA 17201-1720
4517683        +Summit Health/Chambersburg Hospital,    760 E. Washington Street,    Chambersburg, PA 17201-2751
4555198        +The Bank of New York Mellon fka et al...,    Bank of America, N.A.,    c/o KML Law Group, P.C.,
                 701 Market Streetm Suite 5000,    Philadelphia, PA 19106-1541
4678578        +The Bank of New York Mellon, f/k/a, the,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
4678579        +The Bank of New York Mellon, f/k/a, the,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412,
                 The Bank of New York Mellon, f/k/a, the,    Serviced by Select Portfolio Servicing
4517684        +Verizon Wireless,    947 Wayne Ave,    Chambersburg, PA 17201-4816
4558281        +Wayne Avenue Plaza LP,    c/o Kimco Realty Corporation,    Michael J. Fekete,
                 Dilworth Paxson, LLP,    457 Haddonfield Road, Ste 700,    Cherry Hill, NJ 08002-2221
4517661        +Witmer Pamela J,    1014 Orchard Drive,    Chambersburg, PA 17201-3832
4517660        +Witmer Ricky E,    1014 Orchard Drive,    Chambersburg, PA 17201-3832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dorsettlaw.bk@comcast.net Jul 15 2016 19:01:06      Julie Gray Dorsett,
                 39 North Second Street,    Chambersburg, PA  17201
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 15 2016 19:01:14      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4517664         EDI: BANKAMER.COM Jul 15 2016 19:03:00      Bank Of America,    Attn: Recovery Dept.,
                 4161 Piedmont Parkway,    Greensboro, NC  27410
4517665        +EDI: BANKAMER.COM Jul 15 2016 19:03:00      Bank Of America,    Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
4517666         EDI: CAPITALONE.COM Jul 15 2016 19:03:00      Capital One,    PO Box 85015,    Richmond, VA  23285
4517667        +EDI: CAPITALONE.COM Jul 15 2016 19:03:00      Capital One Bank,    Attn: Bankruptcy Dept,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
4517669        +EDI: CHASE.COM Jul 15 2016 19:03:00      Chase Card Services,    Attn: Bankruptcy Dept.,
                 PO Box 15298,    Wilmington, DE 19850-5298
4517673         EDI: IRS.COM Jul 15 2016 19:03:00      Internal Revenue Service,    Department Of The Treasury,
                 Cincinnati, OH  45999-0025
4524190        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 19:01:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4517663       ##+ACG Pizza Partners, LLC,    1100 Circle 75 Parkway,    Ste 1500,    Atlanta, GA 30339-3067
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2016 at the address(es) listed below:

```
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-10 bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Joint Debtor Pamela J. Witmer dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Debtor Ricky E. Witmer dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Defendant Ricky E. Witmer dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Defendant Pamela J. Witmer dorsettlaw.bk@comcast.net
              Kevin Matthew Taccino    on behalf of Plaintiff    Johnnie's Restaurant & Hotel Service, Inc.
               sthlaw-kmt@pa.net
              Richard L. Bushman    on behalf of Plaintiff    Johnnie's Restaurant & Hotel Service, Inc.
               tammy@rbushmanlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9
```

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Ricky E. Witmer | Social Security number or ITIN xxx–xx–5590 |
| | First Name  Middle Name  Last Name | EIN  25–1578202 |
| Debtor 2 (Spouse, if filing) | Pamela J. Witmer | Social Security number or ITIN xxx–xx–7796 |
| | First Name  Middle Name  Last Name | EIN  27–3843832 |
| United States Bankruptcy Court  Middle District of Pennsylvania | | Date case filed in chapter 13  July 14, 2014 |
| Case number:  1:14–bk–03237–RNO | | Date case converted to chapter 7  July 6, 2016 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ricky E. Witmer | Pamela J. Witmer |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1014 Orchard Drive<br>Chambersburg, PA 17202 | 1014 Orchard Drive<br>Chambersburg, PA 17202 |
| 4. | **Debtor's attorney**<br>Name and address | Julie Gray Dorsett<br>39 North Second Street<br>Chambersburg, PA 17201 | Contact phone 717 267–2921<br><br>Email: dorsettlaw.bk@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | John P Neblett (Trustee)<br>PO Box 490<br>Reedsville, PA 17084 | Contact phone 717 667–7185<br><br>Email: jpn@neblettlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901–2800 <br><br> Date: July 15, 2016 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 26, 2016 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** **Valid photo identification and proof of social security number are required** *** | Location: <br><br> **Eugene C. Clarke, Jr. Community Center, 235 South Third Street, Lower Level, Room B1, Chambersburg, PA 17201** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** October 25, 2016 |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**