```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 14-03237-RNO
Ricky E. Witmer                                                  Chapter 7
Pamela J. Witmer
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRadginsk          Page 1 of 1          Date Rcvd: Nov 04, 2016
                             Form ID: fnldec          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.
db/jdb          +Ricky E. Witmer,    Pamela J. Witmer,    1014 Orchard Drive,    Chambersburg, PA 17201-3832

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                  Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2004-10 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Julie Gray Dorsett    on behalf of Defendant Pamela J. Witmer dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Joint Debtor Pamela J. Witmer dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Debtor Ricky E. Witmer dorsettlaw.bk@comcast.net
              Julie Gray Dorsett    on behalf of Defendant Ricky E. Witmer dorsettlaw.bk@comcast.net
              Kevin Matthew Taccino    on behalf of Plaintiff    Johnnie's Restaurant & Hotel Service, Inc.
               sthlaw-kmt@pa.net
              Richard L. Bushman    on behalf of Plaintiff    Johnnie's Restaurant & Hotel Service, Inc.
               tammy@rbushmanlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricky E. Witmer<br>1014 Orchard Drive<br>Chambersburg, PA 17202 | Chapter 7<br>Case No. 1:14−bk−03237−RNO |
| Pamela J. Witmer<br>1014 Orchard Drive<br>Chambersburg, PA 17202 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5590
25−1578202
xxx−xx−7796
27−3843832

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John P Neblett (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 4, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk