**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ricky E. Witmer and Pamela J. Witmer<br>    Debtor(s) | BKY. NO. 14-03237 RNO<br><br>CHAPTER 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2004-10, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: bac)

              Respectfully submitted,

              **/s/ Thomas Puleo**
              Thomas Puleo, Esquire
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 825-6306 FAX (215) 825-6406
              Attorney for Movant/Applicant